PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NUMBER *(Tran. Court)* | CR99-10021-01 |
| DOCKET NUMBER *(Rec. Court)* | CR08-384 CW |

**NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:**

Linda Marie Donaldson
29035 Windemere Avenue
Hayward, California 94544

| DISTRICT | DIVISION |
|---|---|
| WESTERN DISTRICT OF LOUISIANA | LAKE CHARLES |

**NAME OF SENTENCING JUDGE**

F.A. Little, Jr.

| DATES OF PROBATION/SUPERVISED RELEASE: | FROM 10/02/06 | TO 10/01/2011 |
|---|---|---|

FILED
JUN - 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**OFFENSE**

Possession With Intent to Distribute 5 Grams or More of D-Methamphetamine

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>WESTERN DISTRICT OF LOUISIANA</u>

  IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

5/22/08

Date                                                                                  United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE

  IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

June 5, 2008

Effective Date                                                                United States District Judge